# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3255

Bryon B. Nevius

Appellant

v.

Commissioner of Internal Revenue Service

Appellee

_____

Appeal from The United States Tax Court
(11959-15)
_____

**ORDER**

Appellee's motion for sanctions and the appellant's response in opposition are hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

January 18, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans