# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-3255

Bryon B. Nevius

Appellant

v.

Commissioner of Internal Revenue Service

Appellee

_____

Appeal from The United States Tax Court
(11959-15)
_____

**ORDER**

Appellant's motion to file the reply brief out of time is granted. The brief received January 27, 2017 is hereby deemed timely.

January 31, 2017

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans