# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3255
_____

Bryon B. Nevius

Appellant

v.

Commissioner of Internal Revenue Service

Appellee

_____

Appeal from The United States Tax Court
(11959-15)
_____

**JUDGMENT**

Before BENTON, BOWMAN and SHEPHERD, Circuit Judges.

This appeal from the United States Tax Court was submitted on the record of the tax court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the tax court in this cause is affirmed in accordance with the opinion of this Court.

July 27, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans